

# NUMBER 13-19-00129-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE THE SOCIETY OF OUR LADY OF THE MOST HOLY TRINITY

## On Petition for Writ of Mandamus.

## ORDER

**Before Justices Benavides, Longoria, and Hinojosa**
**Order Per Curiam**

Relator, The Society of Our Lady of the Most Holy Trinity, filed a petition for writ of mandamus in the above cause on March 28, 2019. Through this original proceeding, relator seeks to compel the trial court to (1) vacate its January 23, 2019 order denying relator's motion to compel, and (2) order the real party in interest, Jane Doe, to supplement her responses to requests for disclosure pursuant to Texas Rules of Civil Procedure 192.3(g) and 194.2(h) and to produce the entire settlement agreement that Doe entered with the Diocese of Corpus Christi.

The Court requests Doe, or any others whose interest would be directly affected by the relief sought, including but not limited to the Most Reverend W.M. Michael Mulvey, S.T.L., D.D. as Bishop of the Diocese of Corpus Christi and His Successors In interest, A Corporate Sole, to file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order.  *See* TEX. R. CIV. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
29th day of March, 2019.